## Case No. 9,873.
### MOSES v. DUNNAHO.
[1 Cranch, C. C. 315.] [1]

Circuit Court, District of Columbia. June Term, 1806.

SLAVERY — SUIT FOR FREEDOM — RIGHT TO GO IN SEARCH OF WITNESSES.

A petitioner for freedom has not a right to go in search of his witnesses.

[1] [Reported by Hon. William Cranch, Chief Judge.]

Petition for freedom [by the negro Moses against Patrick Dunnaho].

Mr. Caldwell, for petitioner, moved the court for leave to the petitioner to go in search of evidence in support of his petition. Refused.

THE COURT said they knew no law which authorized them to give such leave. The usual recognizance is to permit the petitioner to attend court from time to time.